FILED

JUN 2 3 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | 4 : 22 CR 329 |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, Section 2; |
| JOHN PEÑA-VAZQUEZ, aka PIKETE, | ) | Title 21, United States Code, Sections, |
| JOSE MOLINA-TORRES, | ) | 841(a)(1), (b)(1)(b)(ii)(II), (b)(1)(C), |
| FRANCISCO ROSADO-CORDERO, | ) | 843(b), and 846 |
| JOSE CINTRON-FELICIANO, aka PELLO, | ) | |
| CHRISTOPHER RAMOS-BURGOS, | ) | |
| ERICK ROSA-MARTINEZ, | ) | |
| WILFREDO DELGADO-MULERO, | ) | |
| BRENDAN WOLFORD, | ) | |
| EDWIN CINTRON-BAEZ, | ) | |
| | ) | JUDGE POLSTER |
| Defendants. | ) | |
| | ) | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute and Distribute Cocaine and
Cocaine Base (Crack), 21 U.S.C. §846)

The Grand Jury charges:

1.      In or around April 2020 to in or around December 2021, in the Northern District

of Ohio, Eastern Division, and elsewhere, Defendants JOHN PEÑA-VAZQUEZ, aka PIKETE;

JOSE MOLINA-TORRES; CHRISTOPHER RAMOS-BURGOS; FRANCISCO ROSADO-

CORDERO; WILFREDO DELGADO-MULERO; JOSE CINTRON-FELICIANO, aka

PELLO; ERICK ROSA-MARTINEZ; EDWIN CINTRON-BAEZ; BRENDAN WOLFORD,

and others known and unknown to the Grand Jury, did knowingly, and intentionally combine,

conspire, confederate, and agree together and with each other, and with diverse others known

and unknown to the Grand Jury, to possess with the intent to distribute and to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and at least 28 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(iii), and 846.

2.     Before JOHN PEÑA-VAZQUEZ committed the offense charged in this count, PEÑA-VAZQUEZ had a final conviction for a serious drug felony, namely, conspiracy to possess with the intent to distribute at least 500 grams but less than 2 kilograms of cocaine within 1000 feet of a protected location, on or about December 8, 2014, in case number 3:13-CR-433 in the United States District Court, District of Puerto Rico, for which he was sentenced to 60 months of imprisonment and eight years of supervised release

3.     Before JOSE MOLINA-TORRES committed the offense charged in this count, MOLINA-TORRES had a final conviction for a serious drug felony, namely, conspiracy to possess with the intent to distribute at least 3.5 kilograms but less than 5 kilograms of cocaine near a protected location, on or about December 18, 2014, in case number 3:13-CR-433, in the United States District Court, District of Puerto Rico, for which he was sentenced to 70 months of imprisonment and eight years of supervised release.

## MANNER AND MEANS OF THE CONSPIRACY

4.     It was part of the conspiracy that:

A.  ROSADO-CORDERO and ROSA-MARTINEZ supplied cocaine to PEÑA-VAZQUEZ for distribution in the areas around Youngstown, Ohio.

B.  PEÑA-VAZQUEZ supplied cocaine to WOLFORD and CINTRON-BAEZ for distribution in the areas around Youngstown, Ohio.

C.  PEÑA-VAZQUEZ, MOLINA-TORRES, and RAMOS-BURGOS ordered cocaine to be transported from Puerto Rico to Florida, for distribution in the areas around Youngstown, Ohio and Orlando, Florida.

D.  Cellular telephones, code words and phrases were used by the co-conspirators to facilitate their drug trafficking activities.  Code words used in some of those conversations such as "shoe(s)," "girl," "ball(s)," "tennis ball(s)," "hard," "soft," "raw," "half," and "whole one," were all code words referring to controlled substances, drug transactions, locations or payments.  [Where appropriate, interpretations regarding the meaning of various conversations, words, phrases and the amount of drugs discussed are included in brackets.] [Phone calls and text messages that were in Spanish have been translated to English.]

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

5.      In furtherance thereof, on or about the dates below, and to affect the goals and conceal the existence of the conspiracy, Defendants and others known and unknown to the Grand Jury performed acts, in the Northern District of Ohio, Eastern Division, and elsewhere, including but not limited to the following:

6.      On or about April 4, 2020, DELGADO-MULERO attempted to possess approximately 2,983.4 grams of cocaine.

7.      On or about May 23, 2020, DELGADO-MULERO mailed $82,500.00 of drug proceeds to an address in Puerto Rico.

8.      On or about June 5, 2020, DELGADO-MULERO mailed $115,520.00 of drug proceeds to an address in Puerto Rico.

9.      On August 3, 2020, DELGADO-MULERO, ROSADO-CORDERO and CINTRON-FELICIANO attempted to possess approximately 3,869.47 grams of cocaine.

10.    On September 9, 2020, CINTRON-FELICIANO and ROSADO-CORDERO exchanged text messages. CINTRON-FELICIANO sent a text messaged to ROSADO-CORDERO that said "7 and a half" (ounces of cocaine). ROSADO-CORDERO sent a text message that said, "of one and the other" (one ounce of cocaine, one ounce of cocaine base) and CINTRON-FELICIANO responded, "In total". ROSADO-CORDERO then replied, "Ok, send me the two numbers for Tuerto and G" (known local drug traffickers). CINTRON-FELICIANO then sent a series of text messages, stating, "(330) XXX-5039", "Tuelto", "(330) XXX-0325", "G" and ROSADO-CORDERO responded, "Ok".

11.    On February 2, 2021, ROSADO-CORDERO and CINTRON-FELICIANO possessed six firearms, a kilo press, a money counter, a vacuum sealer, 54.26 grams of cocaine, 2.52 grams of crack cocaine, and $25,020.00 in cash.

12.    On September 9, 2021, at approximately 6:56 p.m., CS-1, a confidential source working with law enforcement, and PEÑA-VAZQUEZ had a phone conversation. MOLINA-TORRES joined in the conversation on a three-way call. During the call, PEÑA-VAZQUEZ said, "Did you go there?" CS-1 replied, "No, I was waiting for you to call and tell me what to do. And, look what time it is." PEÑA-VAZQUEZ then said, "I told you to pick him (MOLINA-TORRES) up, he was waiting for you." CS-1 responded, "I thought that he (MOLINA-TORRES) had it (the cocaine) already?" PEÑA-VAZQUEZ stated, "No, he (MOLINA-TORRES) was waiting for you to go there together." CS-1 replied, "Ok, ok." PEÑA-VAZQUEZ then stated, "Yeah, because you were supposed to go there together to talk to this guy (supplier of cocaine), because he (supplier of cocaine) was going to give you half of it." PEÑA-VAZQUEZ then said, "I am going to call him (MOLINA-TORRES) in a three-way call. Give me a break." [PEÑA-VAZQUEZ calls MOLINA-TORRES on three-way call]. PEÑA-

4

VAZQUEZ stated, "My friend (MOLINA-TORRES) is here." CS-1 said, "I know that you have been waiting for a while, I told him (PEÑA-VAZQUEZ) that you (MOLINA-TORRES) don't know me and that I don't know you and we (CS-1 and MOLINA-TORRES) have to do this (get the cocaine) early tomorrow." MOLINA-TORRES replied, "I am going to call them (supplier(s) of cocaine). If they don't reply, I am going to tell them that I cannot do it later, so I am going to cancel. I cannot do anything else." MOLINA-TORRES also said, "He (supplier(s) of cocaine) said that he was going to see me now, but that was an hour ago and he has not contacted me. At any moment, the phone can ring to get it now. I told him that my son was going to get a haircut, and use my car. I told him to go to the hotel to rescue me." PEÑA-VAZQUEZ stated, "Uh-uh, I was waiting." CS-1 said, "Yes, yes." MOLINA-TORRES then said, "I'm going to call him (supplier(s) of cocaine), if not, f**k it all and I am going to cancel." CS-1 replied, "Ok." MOLINA-TORRES stated, "That is the most that I can do."

13.     On September 10, 2021, MOLINA-TORRES possessed approximately 29.8 kilograms of cocaine and a vacuum sealer.

14.     On September 10, 2021, at approximately 3:49 p.m., CS-1 and PEÑA-VAZQUEZ exchanged text messages. PEÑA-VAZQUEZ stated, "Woooo" and "All is good". CS-1 replied, "Yes, I'll call you in few minutes". CS-1 then stated, "Relax that we're going to go in just a little bit". CS-1 sent a photograph of the kilograms of cocaine. CS-1 said, "I accommodated them more or less to count them [the kilograms of cocaine] and to make sure that all are there", and "There was one (kilogram of cocaine) that was a little open". CS-1 then sent a photograph showing the open kilogram of cocaine. PEÑA-VAZQUEZ responded, "Ok, that's for checking".

15.     On September 10, 2021, at approximately 4:14 p.m., CS-1 spoke with PEÑA-VAZQUEZ. During the call, CS-1 said, "I was looking for the papers (the money owed to CS-1)." and PEÑA-VAZQUEZ replied, "Ok. Did you do that (get the cocaine ready to ship)?" CS-1 responded, "It's ready (the cocaine is ready to be shipped). I did everything. I'm here, I'm running errands, and I'm behind the port." PEÑA-VAZQUEZ stated, "You have to be careful (not to get caught by law enforcement)." CS-1 replied, "No, no, relax, relax. The one who gets f***ed, it's me. I can go to hell (prison)." PEÑA-VAZQUEZ then stated, "But the trick is, not to get f***ed (caught by law enforcement)." CS-1 replied, "I am being very careful with what I am doing. This s**** phone [stopped sentence]. It (cocaine) stinks, it (cocaine) smells really bad." PEÑA-VAZQUEZ responded, "I told you so" and CS-1 said, "I got dizzy when I opened the suitcase, I don't know why, but then I got better and he (MOLINA-TORRES) gave me the machine (vacuum sealer). I can get him another machine (vacuum sealer) that is better." PEÑA-VAZQUEZ said, "They sell it at Wal-Mart" and CS-1 replied, "It looks like that machine (vacuum sealer) is from the 1980's." PEÑA-VAZQUEZ stated, "Yeah, it's old". CS-1 said, "Yeah, it's old. I'm going to be finishing soon and them I'm going to send you pictures (of the cocaine)." PEÑA-VAZQUEZ told CS-1, "Ok, got it. Be careful, there is one (kilogram of cocaine) that is torn. Just be careful when you wipe it down". CS-1 replied, "That one, it's (the torn kilogram of cocaine) really bad, it's really torn. It looks like they use it like a glove to wash dishes."

16.     On September 23, 2021, at approximately 1:45 p.m., PEÑA-VAZQUEZ spoke with CS-1. During the call, CS-1 said, "All good. I'm over here doing the paperwork for everything. Tomorrow morning I'm going down there (going to Orlando, Florida with the cocaine)." PEÑA-VAZQUEZ asked, "Where are you?" CS-1 answered, "That tomorrow morning I'm going down

there (Orlando, Florida)." PEÑA-VAZQUEZ asked, "Over there?" CS-1 answered, "To

Orlando". PEÑA-VAZQUEZ responded, "Oh, alright. It was to check out a good car, those

rental ones. To go over-." CS-1 said, "You haven't-" and PEÑA-VAZQUEZ interrupted and

said, "So, I can go down there with my buddy (MOLINA-TORRES) to New York." PEÑA-

VAZQUEZ then said, "To check out a car, those rental ones, so I can go down to New York."

CS-1 said "Okay, okay, okay." CS-1 also said, "Yeah, but, but that's going to stay here in

Orlando." PEÑA-VAZQUEZ asked, "The what?" and CS-1 answered, "All that stuff (the thirty

kilograms of cocaine)." PEÑA-VAZQUEZ then asked, "They told you? He (MOLINA-

TORRES) told you?" CS-1 stated, "Yeah." PEÑA-VAZQUEZ asked, "When did he (MOLINA-

TORRES) tell you? Yesterday?" CS-1 answered, "Yesterday. [Pause] That's, that's why

everything was squared away so it's faster." PEÑA-VAZQUEZ then said, "Let me call him

(MOLINA-TORRES) because that f***er doesn't tell me s**t." CS-1 responded, "Yeah. Well, it

(the thirty kilograms of cocaine) is going to stay here in Orlando." PEÑA-VAZQUEZ then said,

"Let me call that f***er (MOLINA-TORRES)," and CS-1 replied, "Yeah, I'm texting him

(MOLINA-TORRES) and everything, but he hasn't answered. Nobody has answered.  So, I went

ahead and signed everything. That (the thirty kilograms of cocaine) arrived today, but they won't

do the [Unintelligible] until tomorrow morning." PEÑA-VAZQUEZ responded, "Uh-huh, uh-

huh." CS-1 stated, "The [Unintelligible], they deliver, they deliver the wagon (the cocaine), you

understand?" PEÑA-VAZQUEZ said, "Okay," and CS-1 said, "But that (kilograms of cocaine)

arrived safe and sound." PEÑA-VAZQUEZ replied, "Alright then. Let me tell him because the

man (MOLINA-TORRES) hasn't told me anything." CS-1 stated, "Yeah. Alright then. Let me

know. Call me."

17.    On September 24, 2021, at approximately 2:44 p.m., CS-1 and MOLINA-TORRES had a phone conversation. During the call, MOLINA-TORRES said, "He's, he's (RAMOS-BURGOS) five minutes away already. It must be four, because he (RAMOS-BURGOS) called me like a minute or two ago." CS-1 replied, "Mm-hum." MOLINA-TORRES then stated, "Uh, so you can start sending me the location (of where to conduct the cocaine transaction)." CS-1 said, "Alright, give me a minute." MOLINA-TORRES then asked, "Are you going to go deposit, are you going to go deposit it (money paid to CS-1) today?" and CS-1 replied, "Yeah." MOLINA-TORRES then said, "Well, because he's (RAMOS-BURGOS) going to let me borrow some for the little house, because to be honest, I don't need a lot, I just need like 12 bucks ($12,000.00). I have to give like 6 ($6,000.00) to that f***er (PEÑA-VAZQUEZ), so that, so that he doesn't whine, you understand?" CS-1 said, "Of course, I'll give it to him (PEÑA-VAZQUEZ) over there."

18.    On September 24, 2021, at approximately 4:09 p.m., PEÑA-VAZQUEZ spoke with CS-1. During the call, PEÑA-VAZQUEZ asked, "And the guy (MOLINA-TORRES) gave you the money?" CS-1 responded, "Yeah, everything is ready." PEÑA-VAZQUEZ asked, "Okay, how much they (MOLINA-TORRES and RAMOS-BURGOS) gave you?" CS-1 answered, "Thirty ($30,000.00)," and PEÑA-VAZQUEZ said, "That's fine." CS-1 stated, "But he (MOLINA-TORRES) says that he has your money [Unintelligible]." PEÑA-VAZQUEZ stated, "He (MOLINA-TORRES) is a motherf***er." CS-1 then asked, "Did he already talk to you?" and PEÑA-VAZQUEZ answered, "Yeah, but I got mad at him (MOLINA-TORRES) because he doesn't tell me anything." CS-1 said, "Well, he (MOLINA-TORRES) has them because he showed them to me." PEÑA-VAZQUEZ asked, "How much? You know?" CS-1 answered, "He (MOLINA-TORRES) told me that they were like six thousand ($6,000.00) for you or they

8

should be more?" PEÑA-VAZQUEZ stated, "Well, I don't know, because I don't know what that people... What happened is that honestly, honestly... for the next time." CS-1 acknowledged, "Mm-hum." PEÑA-VAZQUEZ said, "I'm going to talk to him (MOLINA-TORRES), and we are going to be clear with that people, look brother, is this much." CS-1 said, "Yes." PEÑA-VAZQUEZ asked, "Do you understand me?" CS-1 answered, "Yeah, he (MOLINA-TORRES) told me, because he was told to give some money there, but he told me that he was going to give you six thousand ($6,000.00)." PEÑA-VAZQUEZ responded, "Six-thousand bucks, s**t... Oh, my God, s**t. No, I'm going to talk to him (MOLINA-TORRES), because you know? He communicates with you, you know, I had planned to go down to New York today, thinking that he was going to go over there, and he didn't told me that it was going to be over there." CS-1 replied, "He (MOLINA-TORRES) told me that you [Unintelligible] over there on Tuesday." PEÑA-VAZQUEZ said, "Who?" and CS-1 replied, "This fat guy (MOLINA-TORRES)." PEÑA-VAZQUEZ asked, "Is he (MOLINA-TORRES) going over there on Tuesday? To where? Over here?" CS-1 answered, "No, to PR that he (MOLINA-TORRES) is going to go to arrive to PR on Tuesday." PEÑA-VAZQUEZ said, "Oh, you have to tell him (MOLINA-TORRES), you have to give it to him. Tell him to call me. I told him, brother, I'm the one who knows the guy (the source of supply)."

19.    On September 24, 2021, at approximately 4:46 p.m., CS-1 spoke on the phone with MOLINA-TORRES. During the call, MOLINA-TORRES said, "Dude, I feel, I have someone (law enforcement) behind me, dude." CS-1 asked, "What happened?" and MOLINA-TORRES responded, "[Unintelligible] like following us." CS-1 asked, "Why? Did you see something?" and MOLINA-TORRES answered, "Yeah, two cars over there, bro. I was able to, able to, able to get out of it, but dude, it's like they (law enforcement) are chasing us."

CS-1 said, "No, I got here a while ago, a while ago, to the airport." MOLINA-TORRES said,

"Yeah?" CS-1 answered, "Yeah. [Unintelligible][Voices overlap]." MOLINA-TORRES asked,

"Are you sure nothing will happen? [Voices overlap]" CS-1 said, "No, nothing will happen,

crazy! Where did you go? Are you near or far?" MOLINA-TORRES said, "I'm over here next

to-. I'm close by." CS-1 said, "Okay, okay. No, but everything is good." Later during the call,

MOLINA-TORRES said, "But I need someone to keep an eye on it (the thirty kilograms of

cocaine), so we (MOLINA-TORRES and RAMOS-BURGOS) can move, to see if they (law

enforcement) stop us, you understand? So, we don't leave them (the kilograms of cocaine) laying

around by itself." CS-1 asked, "So, what do you want to do?" MOLINA-TORRES responded,

"Someone who can watch it (the kilograms of cocaine), where I'm at. Not to, that, that's

[Unintelligible] in a place." CS-1 stated, "Okay." MOLINA-TORRES said, "But for them to

watch over it (the kilograms of cocaine), don't let anyone around there while we (MOLINA-

TORRES and RAMOS-BURGOS) move around. And if they stop us, they can stop and see

what's going on, you understand? But I don't want to leave it (the kilograms of cocaine) laying

around by itself either." CS-1 asked, "Okay, but did they take that (the kilograms of cocaine) out

of the car?" and MOLINA-TORRES answered, "Yeah, it's (the cocaine) already out." CS-1

stated, "Okay, okay. I'll call my brother. But exactly where are you guys at?" and MOLINA-

TORRES answered, "We're over here in a garage. Dude if-. [Background: UM: [Unintelligible].]

[Aside: Which Wal-Mart?] [Background: UM: Osceola.] Of, [Background: UM: Osceola] of

Osceola." CS-1 confirmed, "Oh, Osceola?" MOLINA-TORRES responded, "Uh, yeah, but, but

if you tell your brother like, that, he can get scared too or something." CS-1 said, "Yeah, but can

go there, and stand by a fire hydrant or something." MOLINA-TORRES replied, "Exactly. To

watch, to watch it (the kilograms of cocaine) while we move and if, if nothing happens, then well

we'll come back and get it back, you understand?" CS-1 stated, "Alright then.  Where did you guys put it (the kilograms of cocaine) at, next to a [Unintelligible] or something?" MOLINA-TORRES said, "Uh-huh."  CS-1 said, "Alright then, got it."

20.    On September 24, 2021, at approximately 6:13 p.m., PEÑA-VAZQUEZ spoke on the telephone with MOLINA-TORRES.  During the call, PEÑA-VAZQUEZ said, "That the man (CS-1) was calling you and that you told him that you were being followed and I, I was cutting my hair... I was..." and MOLINA-TORRES interrupted and stated, "Dude, brother, that guy (CS-1) is a cop, I think so, brother."  PEÑA-VAZQUEZ asked, "Who?" and MOLINA-TORRES said, "Brother, the cops are after me, dude. Brother, they cornered me, brother."  PEÑA-VAZQUEZ asked, "You say this one (CS-1) here?" and MOLINA-TORRES answered, "Yes, dude. Do you know that young guy (CS-1), dude?" PEÑA-VAZQUEZ stated, "I know him because he (CS-1) lives in the house of a guy" and MOLINA-TORRES replied, "But brother, look that guy (CS-1), first of all he has a bunch of contributions and s**t. A bunch of, of, of, of, of tools, right?" PEÑA-VAZQUEZ said, "Uh-huh" and MOLINA-TORRES responded, "And when I arrived there, brother, we (MOLINA-TORRES and RAMOS BURGOS) were being followed, pap, pap, pap, pap, pap. We were there, brother, we tried to take the exit and, and when we were taking the exit and the car was moving, so we were changing lanes at the last minute to go straight and they (law enforcement) were following us. We did that like three times, and then we entered a mall, then we took and…" PEÑA-VAZQUEZ interrupted and asked, "With the man (CS-1) there?" MOLINA-TORRES replied, "I was with a friend (RAMOS-BURGOS) of mine, because the guy didn't want to see me. He sent me supposedly to his brother." PEÑA-VAZQUEZ said, "No, no, I'm talking... I'm talking about my friend (CS-1)" and MOLINA-TORRES asked, "What friend of yours?" PEÑA-VAZQUEZ responded, "I'm talking about the

one (CS-1) here" and MOLINA-TORRES said, "The one (CS-1) over there (from Youngstown,

Ohio)." PEÑA-VAZQUEZ asked, "He didn't see you?" MOLINA-TORRES answered,

"Brother, he (CS-1) saw me just for a moment and he sent me to his brother. He called his

brother, 'Look, everything is okay. He is on his way there now.' When I went back." PEÑA-

VAZQUEZ interrupted and asked, "The one who looks just like him?" and MOLINA-TORRES

stated, "I don't know, brother. The young guy (CS-1's brother) didn't want to see me. I went

inside to... He opened a car and I had to put that in there, I took that (the kilograms of cocaine)

and went on my way. Brother, they (law enforcement) were actually filming me, pal, because it

was a hotel room, brother. Do you understand me? And I told him, 'Brother, this is not done like

this.' And he was like, 'No, brother, we're going to do this way, brother.' So, what happened?

The parking lot was in the middle and I was going towards there [Audio glitch] [Unintelligible]

because it looked clearly from the room, you get me?" PEÑA-VAZQUEZ said, "Mm-hum" and

MOLINA-TORRES said, "So, when I made the move was when the cars passed, dude. Pap, pap,

pap, pap... And what happened? As I am, as we (MOLINA-TORRES and RAMOS-BURGOS)

are very crafty (conscious of law enforcement), we figured out, so suddenly we are driving,

brother and... 'Dude, they are following us.' And I said, 'That's right, take this exit' and the cars

moved. At the last minute I decided not to take the highway and they got on the highway. We did

it this way a couple of times and they (law enforcement) kept following us. Suddenly we arrived

to a Mall and the cars came too, but they parked far away. Brother, we had a GPS in the luggage

(kilograms of cocaine), for sure, for sure, because after that I [Audio glitch] [Unintelligible] and

when we left those, cops began to arrive from everywhere, with K9 and all that s**t." PEÑA-

VAZQUEZ stated, "S**t." MOLINA-TORRES continued, "And they (law enforcement) began

to arrive. We (MOLINA-TORRES and RAMOS-BURGOS) moved pap, pap, pap, pap and that's

it, and that's it, and nobody was following us anymore, do you understand me?" PEÑA-VAZQUEZ then asked, "So, after that, you left that (the kilograms of cocaine) behind, and they (law enforcement) left?" MOLINA-TORRES answered, "Yes, brother, we (MOLINA-TORRES and RAMOS-BURGOS) left and I'm around there, but brother, I'm sure they (law enforcement) have me on film or they must have something, brother. We have to pray that this young guy (CS-1) is not a cop, dude. That's what we have to pray for otherwise he has all of us." PEÑA-VAZQUEZ stated, "Well, we'll talk well when you get here to see what we do with that motherf***er (CS-1)." MOLINA-TORRES then said, "So, um... I, I... about that, brother, but they (unknown drug traffickers) are calling me now like to ask for the money back." PEÑA-VAZQUEZ asked, "Who?" MOLINA-TORRES replied, "Um, Lindo [Phonetic]" PEÑA-VAZQUEZ said, "Oh, my God." MOLINA-TORRES stated, "Look, let's do something, give them to him because he made me a favor and then we'll work it out here. But brother, I can't do that, I'm going to be completely broke, and look at the bad time I am going through now." PEÑA-VAZQUEZ replied, "Oh, now I understand. Those guys (other drug traffickers) took it (the kilograms of cocaine)." MOLINA-TORRES responded, "No, brother. Those (the kilograms of cocaine) are dropped there. We'll have to go and rescue that, or burn them, or to something brother, because it has my fingerprints there." PEÑA-VAZQUEZ said, "Oh, but the inside is done? I mean..." and MOLINA-TORRES interrupted and said, "No, I dropped them (the kilograms of cocaine) with that, with everything." PEÑA-VAZQUEZ said, "Oh, my God" and MOLINA-TORRES stated, "But brother, they (law enforcement) have us cornered." PEÑA-VAZQUEZ said, "Yes, yes, yes" and MOLINA-TORRES asked, "Do you understand me?" PEÑA-VAZQUEZ responded, "F**K." MOLINA-TORRES explained, "What happened is that when we got on the highway, we went all the way at high speed, brother. You get me? And it

was when I was able to run." PEÑA-VAZQUEZ said, "And you called him (CS-1), hey, these people (law enforcement) are following me... Hey, go look for that (the kilograms of cocaine)." MOLINA-TORRES stated, "Yeah, I called him (CS-1) and he said, 'Oh well, I am going to send my brother there so that he does that. Where are you?' And I said, 'Brother, the thing is that...' Brother, you know I don't talk to anyone, f***t, you know it well. That I am always very careful. Is either someone inside or is that motherf****r (CS-1) [Unintelligible]. You know what I am saying?" PEÑA-VAZQUEZ, "What? Mm-hum." MOLINA-TORRES said, "I don't know, dude, f***t, I don't know what to think." PEÑA-VAZQUEZ responded, "Dude, um…" and MOLINA-TORRES continued, "When I told him (CS-1) what happened, he didn't call me back." PEÑA-VAZQUEZ said, "He (CS-1) called me. 'Hey, that they are following them (MOLINA-TORRES and RAMOS-BURGOS). I'm worried.' I told him, 'Why are you worried? What's going on?' 'No, this and that.' And I said, 'How could that be possible?'" MOLINA-TORRES responded, "Yes, brother. It's f****ed up, brother. So, you know, so you know." PEÑA-VAZQUEZ replied, "Yes, but do you know where... F**K, [Unintelligible]." MOLINA-TORRES said, "So you know." PEÑA-VAZQUEZ responded, "And what if we send a jockey (courier to retrieve the cocaine)... and if we send a jockey (courier) there?" MOLINA-TORRES answered, "Brother, they have a jockey (courier) here, but [Chuckles] I don't know what is going to happen, dude, when, when we (MOLINA-TORRES and RAMOS-BURGOS) left those (the kilograms of cocaine) there." PEÑA-VAZQUEZ said, "Yeah," and MOLINA-TORRES responded, "They (law enforcement) were not following or nothing because they think we moved them into another thing or something like that." PEÑA-VAZQUEZ said, "Brother, that is when you know that it (the cocaine) has a GPS." MOLINA-TORRES agreed, "For sure, dude, of course it (the cocaine) has it (GPS)." PEÑA-VAZQUEZ said, "Maybe, maybe, if it wasn't him (CS-1), it could be that

they [Unintelligible] inside, they (unknown drug traffickers) put a GPS to see where that was going to arrive." MOLINA-TORRES stated, "Exactly." PEÑA-VAZQUEZ said, "That's why I asked him (CS-1) if he knew how to do it right. Yeah, I know, I know" and MOLINA-TORRES replied, "That's why I'm telling you this, brother." PEÑA-VAZQUEZ stated, "Because honestly here he (CS-1) is not going to... If he [Unintelligible] I talked to him very clearly, I told him, I said, "You know..." I know where the brother (of CS-1) lives, the friend (of CS-1), the girlfriend (of CS-1). You understand me?" MOLINA-TORRES said, "Uh-huh." PEÑA-VAZQUEZ continued, "If something happens, look, this guy (CS-1), in this street, this and that, you already know." MOLINA-TORRES responded, "Uh-huh." PEÑA-VAZQUEZ asked, "Do you understand me?" MOLINA-TORRES stated, "Yeah." PEÑA-VAZQUEZ said, "But if it wasn't like that, it was from inside. There's nothing else to find out" and MOLINA-TORRES responded, "Yes, but look, look what happened, the young guy lent the money to me, the one over here. Oh, but that was [Unintelligible], but what he wants to do it is to turn it to me [Unintelligible], "No, give them (the cocaine) to him because those are his, you see? And we'll work it out here." And as they (the kilograms of cocaine) are lost, they are going to leave me completely broke, brother. You understand me?" PEÑA-VAZQUEZ replied, "Yes, yes, but Tito is over there, tell Tito because Tito has a couple of [Audio glitch] [Unintelligible], dude." MOLINA-TORRES said, "A couple of what?" and PEÑA-VAZQUEZ responded, "A couple of [Audio glitch] [Unintelligible]." MOLINA-TORRES stated, "A couple [Unintelligible]" and PEÑA-VAZQUEZ said, "Yes, dude [Audio glitch] [Unintelligible] "How much is it? Look, dude, oh really? I'm going over there, boom, boom. Screw him, that is lost. What if he wins?" MOLINA-TORRES said, "Brother, no because that, that, brother, that, that... we (MOLINA-TORRES and RAMOS-BURGOS) are being followed." PEÑA-VAZQUEZ replied, "Yes, but

the thing is that it has your fingerprints there (on the kilograms of cocaine)?" MOLINA-TORRES answered, "Yes, brother." PEÑA-VAZQUEZ said, "So, if they (law enforcement) don't catch you like this... F**K... F**K, son of a b***h, that had to have been from the inside." MOLINA-TORRES responded, "I don't talk to the one from inside." PEÑA-VAZQUEZ stated, "Yes, brother, just imagine... I don't know, I don't think bad about him, this man told me, you know, "Look, hey..." But you know it may turn out to be a rat anyway, but if he had [Unintelligible] the round, they would have caught you right away. You get me?" MOLINA-TORRES stated, "Uh-huh." PEÑA-VAZQUEZ continued, "Or, "Come on over here, come on, let's go get another ten (kilograms of cocaine)." Then, he'll see who brought them. Do you understand me?" MOLINA-TORRES answered, "Yes, but the thing, the thing is that the K9 and all arrived." PEÑA-VAZQUEZ explained, "That's why, you know, the signal, the GPS. "Look, it's moving, it's moving. They are in this and that street." MOLINA-TORRES responded, "Exactly. Uh-huh." PEÑA-VAZQUEZ said, "Otherwise, believe me, they (law enforcement) would have crossed your car at high speed, maybe they didn't know who you were, but they knew." MOLINA-TORRES replied, "Uh-huh." PEÑA-VAZQUEZ stated, "They (law enforcement) knew that it (the cocaine) was moving around that area. Do you understand me?" MOLINA-TORRES responded, "That's what I'm telling you that I want to burn them (the kilograms of cocaine) right there, you get me? Or to clean them." PEÑA-VAZQUEZ suggested, "Uh-huh. Clean them (the kilograms of cocaine), clean them or burn them, forget it" and MOLINA-TORRES replied, "But I'm waiting for my cousin to arrive."

21. At approximately 6:40 p.m., PEÑA-VAZQUEZ spoke on the phone with an unknown male (UM). During the call, PEÑA-VAZQUEZ said, "Hello. Look, listen to me, um... I have a friend (MOLINA-TORRES)." UM replied, "Uh-huh." PEÑA-VAZQUEZ explained,

"That is over there, so he (MOLINA-TORRES) was rescuing something (the kilograms of cocaine)[Audio glitch] and it looks like, I don't know, he told me, "Dude, f**k, I think I being followed or something, I don't know what the hell." And he had to drop the luggage (the kilograms of cocaine), dude, he put them in a garage." UM asked, "But did he (MOLINA-TORRES) have something inside the luggage?" and PEÑA-VAZQUEZ replied, "Huh?" UM again asked, "Did he (MOLINA-TORRES) have something inside the luggage?" and PEÑA-VAZQUEZ answered, "Of course, you know, a couple, a couple of kisses (kilograms of cocaine)." UM next asked, "But where is the address (Where is the cocaine)?" and PEÑA-VAZQUEZ responded, "I don't know, I told him (MOLINA-TORRES), 'Wait, let me call my friend to check if he has a jockey (courier) [Phonetic],' you understand me? If he rescues it, he'll get two (two kilograms of cocaine)." UM asked, "How many bags (kilograms of cocaine)?" and PEÑA-VAZQUEZ responded, "Two (two kilograms of cocaine). [Audio glitch]." UM asked, "What?" PEÑA-VAZQUEZ repeated, "Two (two kilograms of cocaine)." UM stated, "What? I can't hear you well." PEÑA-VAZQUEZ stated, "Yes, I know, I don't have a good signal where I am now. Now, go ahead tell me now." UM responded, "Well, they need to tell me where is that luggage (kilograms of cocaine) today, otherwise they will take the luggage, f***t." PEÑA-VAZQUEZ replied, "Let me call him (MOLINA-TORRES) and check where he is, to see, alright, to see if it's (the cocaine) close, because he is where you are, but I don't know exactly what part." UM stated, "Well, ask him (MOLINA-TORRES) because otherwise someone will take them (kilograms of cocaine) right away from there, dude." PEÑA-VAZQUEZ replied, "Alright, let me call him (MOLINA-TORRES) and call you back."

22. On September 26, 2021, at approximately 2:39 p.m., PEÑA-VAZQUEZ spoke on the phone with CINTRON-BAEZ. During the call, CINTRON-BAEZ asked, "Hey, bring me

one (one ounce of cocaine)" and PEÑA-VAZQUEZ responded, "Right now? Give me a minute." CINTRON-BAEZ said, "Yeah. Yeah. For today" and PEÑA-VAZQUEZ said, "Alright then. Give me a minute."

23.     On September 26, 2021, at approximately 5:56 p.m., PEÑA-VAZQUEZ spoke on the phone with WOLFORD.  During the call, WOLFORD asked, "A'ight. Is, is it still, is it still the same price (for an ounce of cocaine) you told me last time?" PEÑA-VAZQUEZ responded, "Oh, the ten, fifty, ten fifty ($1,050.00 per ounce of cocaine)."  WOLFORD then asked, "A'ight. Well, I have a question, I, I, I need a favor. Either tell me if you could do it or not. If I give you like five hundred bucks can you throw me one (one ounce of cocaine) and I can give you the rest tomorrow." PEÑA-VAZQUEZ responded, "Um, the one time." Later during the call, WOLFORD asked, "It's gone be-. [Pause] It's gone be raw, raw (good quality cocaine) right?" PEÑA-VAZQUEZ continued, "Yeah."  WOLFORD stated, "Okay, yeah, 'cause, uh, 'cause when you were out, I f***ed up 'cause 'member when you were out? I had to buy off somebody else, and I bought f****ed, some, some bulls**t, and it's garbage, so now, I need to use this (this cocaine) to mix it with that, so it, it makes the other s**t better, so I can get my money back, you know what I mean?" PEÑA-VAZQUEZ said, "Oh yeah, yeah, yeah."  WOLFORD complained, "So yeah, I got f***ed over. So, I'm trying to f***ing mix it (the cocaine) together so I can make it stronger, you know what I mean?" PEÑA-VAZQUEZ responded, "Yeah, yeah. Um, what you say, you pay me five hundred right now, and for rest, tomorrow?"  WOLFORD said, "Yeah, yeah, I'll get the rest to you tomorrow." PEÑA-VAZQUEZ replied, "Alright. Alright. I'll call you back. Give me one hour." WOLFORD said, "Alright. Yeah, just make sure it's the best (high quality cocaine) alright? Thank you."

24.     On September 26, 2021, at approximately 6:51 p.m., PEÑA-VAZQUEZ spoke on the phone with CINTRON-BAEZ. During the call, PEÑA-VAZQUEZ said, "Look, uh, gangster [Pause] Hello?" CINTRON-BAEZ responded, "Look, Dominique [Phonetic] I'm waiting for you here." PEÑA-VAZQUEZ said, "Yeah, I was waiting on you because you told me that you were going to talk to me, I said. 'Well, let me know.' I didn't go." CINTRON-BAEZ said, "Yes, I arrived, I arrived, I arrived, I arrived already. I arrived already." PEÑA-VAZQUEZ replied, "Oh, okay. I'll see you now. Give me a couple of minutes."

25.     On October 1, 2021, at approximately 11:13 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ. During the call, PEÑA-VAZQUEZ said, "Dude, start by bringing that (cocaine). Are they ready or what?" ROSA-MARTINEZ stated, "I have to go get it (cocaine), to uh, to uh open [Phonetic] it up." PEÑA-VAZQUEZ said, "Oh, okay, they asked me for one and a half (one and a half kilograms of cocaine), you know, one shoe and a half (one and a half kilograms of cocaine)." ROSA-MARTINEZ responded, "Okay, okay. [Sniffs] Let me get up, [Unintelligible]." PEÑA-VAZQUEZ said, "The earlier the better. You know it's Friday, and people are, bam, bam."

26.     On October 6, 2021, at approximately 8:00 p.m., PEÑA-VAZQUEZ spoke on the phone with WOLFORD. During the call, PEÑA-VAZQUEZ asked, "Yo', uh, you need one-half (half-ounce of cocaine)?" WOLFORD responded, "Uh, why? Is it expired [Phonetic]?" PEÑA-VAZQUEZ stated, "Uh, four, four seventy-five ($475.00)." WOLFORD asked, "How much?" PEÑA-VAZQUEZ replied, "Four-hundred seventy-five ($475.00)." WOLFORD responded, "For how much (how much cocaine)?" PEÑA-VAZQUEZ replied, "Fourteen gram (fourteen grams of cocaine/half-ounce of cocaine)" and WOLFORD said, "No, how much tho'? You said a half (half-ounce of cocaine)?" PEÑA-VAZQUEZ replied, "Yeah, half (half-ounce of cocaine)"

and WOLFORD asked, "For one, seventy-five ($175.00)?" PEÑA-VAZQUEZ confirmed,

"Yeah, four, seventy-five ($475.00)." WOLFORD stated, "Of course, ain't it bad. Yeah, yeah,

uh, I'll take it. I mean, can you toss it to me for a second or no?" PEÑA-VAZQUEZ said,

"Huh?" WOLFORD then said, "Yeah, I said I'll take it (the half-ounce of cocaine for $475.00),

but I don't know how much cash I got on me. I'm only have a three-hundred, four-hundred on

me, something like that."

27.     On October 7, 2021, at approximately 9:03 p.m., PEÑA-VAZQUEZ spoke on the

phone with WOLFORD. During the call, WOLFORD said, "Nothing. Hey, uh, how much do I

owe you?" PEÑA-VAZQUEZ responded, "Um... for total is the 1075 ($1,075.00)." WOLFORD

asked, "These ones (ounces of cocaine) are 1075 ($1,075.00)?" and PEÑA-VAZQUEZ said,

"Yeah, your partner give me..." and WOLFORD interrupted and said, "A'ight." PEÑA-

VAZQUEZ said, "Your partner pass 790, not 800." WOLFORD stated, "Huh? Yeah, I gave you

790, yeah, but he just say these one are 1075 an ounce ($1,075.00 per ounce of cocaine)?"

PEÑA-VAZQUEZ said, "Yeah, right now." WOLFORD replied, "D**n, bro'. [Stammers] I

mean, I just finally got it from my partner and got in the car, and uh, this one (ounce of cocaine)

is not anywhere near as good (good quality cocaine) as the last couple, bro'." PEÑA-VAZQUEZ

asked, "What?" WOLFORD said, "I said this one (ounce of cocaine) is not as good as the other

one (ounce of cocaine), like the last couple (ounces of cocaine), at all. I'm not complaining, like

I'm gonna sell it (the cocaine), but I'm just tellin' you it's not like, you even charged me 1050

($1,050.00), this one (ounce of cocaine) is even more expensive, and it's not as good (good

quality cocaine)." PEÑA-VAZQUEZ replied, "Uh, another things [Unintelligible], text me

please." WOLFORD asked, "Text you what I'm sayin'?" and PEÑA-VAZQUEZ answered,

"Yeah, tex- text me."

28.     On October 7, 2021, at approximately 9:06 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSADO-CORDERO.  During the call, PEÑA-VAZQUEZ said, "Uh, the man (WOLFORD) called me and has a complaint" and ROSADO-CORDERO responded, "Complaint [Phonetic], dude? But that's the same, dude, that's from work. What complaint [Phonetic]? How much did he (WOLFORD) cook (turn the cocaine into crack cocaine)?" PEÑA-VAZQUEZ replied, "I don't know, dude. He (WOLFORD) just called me and you know." ROSADO-CORDERO stated, "But ask him (WOLFORD) what kind of complaint [Phonetic], ask him what kind of complaint [Phonetic], because I got rid of that. Maybe because he saw powder or that" and PEÑA-VAZQUEZ said, "No, no, no, because you know, the boy (WOLFORD) is honest with me. I always sell this boy rock (crack cocaine) and everything he likes to be, you already know."  Also, during the call, PEÑA-VAZQUEZ stated, "But I, but I give them (ounces of cocaine) to him (WOLFORD) at 1050 ($1,050.00). I just make 1 buck. But let me call him." ROSADO-CORDERO responded, "No, I know. But ask what kind of complaint [Phonetic], so that I solve it. If there's a problem, there is a solution."  PEÑA-VAZQUEZ said, "Let me... I'm going to send the message that he (WOLFORD) sent me for you to see it."

29.     On October 7, 2021, at approximately 9:09 p.m., PEÑA-VAZQUEZ sent a text message to ROSADO-CORDERO, "i been paying you 1050 ($1,050.00) for a whole (ounce of cocaine). this one (ounce of cocaine) isn't even near as good as the last 2-3 (two to three ounces of cocaine) i got".

30.     On October 7, 2021, at approximately 9:11 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSADO-CORDERO.  During the call, ROSADO-CORDERO stated, "Look, dude. He (WOLFORD) is saying that that (ounce of cocaine) is not as good as the ones (ounces of

cocaine) before, that he paid- that he has been paying you 1050 ($1,050.00) and this and that.
Well, I really don't know. Um... what you want to do? Do you want to give him back the cash or
I exchanged it?" PEÑA-VAZQUEZ responded, "No, whatever you want, because he gave me,
he gave me uh, 800 ($800.00).  I'm waiting for him (WOLFORD) to call to pick up the rest, but
came out with this now." ROSADO-CORDERO said, "Uh, if anything... Well, if he gives you
the rest, then you give me those 8 ($800.00) and take the 100 bucks, for you not to lose." PEÑA-
VAZQUEZ asked, "How's that?" ROSADO-CORDERO answered, "If anything, if anything,
take 100 from the rest, the 150." PEÑA-VAZQUEZ stated, "Uh-huh" and ROSADO-
CORDERO responded, "If this, if it's bad... Give it to him (WOLFORD) for 950 ($950.00) and
give me 8 ($800.00)." PEÑA-VAZQUEZ stated, "Let me tell him (WOLFORD) that he is going
to get that price, so, he doesn't jump (purchase drugs from someone else). Dude." ROSADO-
CORDERO said, "So that he doesn't jump, you understand?" PEÑA-VAZQUEZ responded,
"Yeah, right, because," and ROSADO-CORDERO interrupted and said, "And from there you get
1 and 1/2 easy ($150.00), you understand?" PEÑA-VAZQUEZ said, "No, I don't talk about this,
I'll tell him, I'll work things with him (WOLFORD)." ROSADO-CORDERO stated, "Yes, yes,
yes." PEÑA-VAZQUEZ said, "I'm going to tell him (WOLFORD) that for the next time I will
arrange with him, because no, dude." ROSADO-CORDERO responded, "Or whatever, if you
want lower it." PEÑA-VAZQUEZ stated, "Alright, no". ROSADO-CORDERO said, "Is the
first complaint (about the quality of cocaine) that I have, honestly, honestly, the first one. Lower
it for him (WOLFORD) to 950 ($950.00) and" and PEÑA-VAZQUEZ interrupted and stated,
"Maybe as he (WOLFORD) saw it (the ounce of cocaine) a little greasy and I [Unintelligible], I
said, "F**k." ROSADO-CORDERO replied, "The thing is that (the ounce of cocaine) is very
greasy, it's oil [Mumbles] [Unintelligible] Check." PEÑA-VAZQUEZ responded, "But I tell

you... Let me, let me this and I'll talk to him." ROSADO-CORDERO stated, "Pay me 8 ($800.00) and give it to him (WOLFORD) for 950 ($950.00) and that's it."

31.     On October 7, 2021, WOLFORD sold approximately 3.31 grams of cocaine to a confidential source working with law enforcement.

32.     On October 21, 2021, at approximately 7:08 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ. During the call, PEÑA-VAZQUEZ said, "Listen, uh do you have some (cocaine)?" ROSA-MARTINEZ responded, "Not for today." PEÑA-VAZQUEZ then stated, "Uh, he needs a half (half-kilogram of cocaine) and two shoes (two ounces of cocaine), bro." ROSA-MARTINEZ replied, "Alright then. There is none." Later during the call, PEÑA-VAZQUEZ asked, "Okay, but what is the price (of the cocaine)? I talk straight forward to my clients" and ROSA-MARTINEZ answered, "It's just that they haven't... I can't put a price. I don't dare give you a price for those. I did have nine and a half (nine and a half ounces of cocaine), and gave it to them but they did not say anything. So, I don't dare." PEÑA-VAZQUEZ responded, "But you don't have a sample in order for me to tell the guy to try it out. They inhale it. Honestly, he is crazy asking for some. He wants a half (half-kilogram of cocaine) and two shoes (two ounces of cocaine)." ROSA-MARTINEZ replied, "This is for the nose (powder cocaine) so it might work, but I do not know. To be honest I don't know because... I have other clients who have bought it for the nose (powder cocaine). You understand me? And they say that [Unintelligible], but it (the cocaine) is not for cooking (turning into crack cocaine)." PEÑA-VAZQUEZ responded, "No, no it is not for cooking (turning into crack cocaine). He, he inhales it (ingests cocaine through the nose). For sure." ROSA-MARTINEZ said, "I don't know. If you want to look at it because I, I don't know I don't know much about it either." Later during the same call, ROSA-MARTINEZ said, "Supposable the upcoming week from Tuesday or

Wednesday. I will have some (cocaine)." PEÑA-VAZQUEZ replied, "Uh, bon, bon [Phonetic].
I you want to give me one (ounce of cocaine) so I can take it to the guy. He is going to buy it.
Anyways he will buy it. Do you understand me? He is going to buy it (the ounce of cocaine), but
I let him know straight forward what there is." ROSA-MARTINEZ responded, "Let me, let me
see. It is too soon. [Mumbles]." PEÑA-VAZQUEZ said, "The guy wants some (cocaine).
[Unintelligible] There is some (cocaine) from another guy, but I do not like it." ROSA-
MARTINEZ stated, "I don't think so because I also have those down there in the east side."
PEÑA-VAZQUEZ stated, "Well, hopefully I can get it (cocaine) from there." ROSA-
MARTINEZ said, "Alright well, let me see if not then something good will arrive next week. So,
in the meantime." PEÑA-VAZQUEZ interrupted and said, "No, but wait a minute. It is not for
cooking (turning into crack cocaine) if, if, if it's not that bad. It is a bit [Unintelligible]. As a
matter of fact I am going to text him and send you the messages so you can see what he
response." ROSA-MARTINEZ stated, "Yes, tell him that. You know what I mean. I don't..."
and PEÑA-VAZQUEZ interrupted and said, "But anyways" and ROSA-MARTINEZ continued,
"I am not going to be messing around." PEÑA-VAZQUEZ said, "For sure. Go ahead and do it
because I know he is going to buy it since he is dry (out of cocaine)." ROSA-MARTINEZ
responded, "That's fine. Let me, give me, give me two minutes and if I don't call you back you
give me a call."

33. On October 21, 2021, at approximately 7:12 p.m., PEÑA-VAZQUEZ and
WOLFORD exchanged text messages. WOLFORD sent a text saying, "[XX60] W Webb Rd
Youngstown Ohio". PEÑA-VAZQUEZ responded, "I have panamio (cocaine) but it is useful for
flying, not for cooking (turning into crack cocaine) 😊 🔵 (emojis) and they are expensive I have
nothing now if you want I can be the favor". WOLFORD asked, "How muchn" and PEÑA-

VAZQUEZ replied, "$1175". PEÑA-VAZQUEZ then texted, "If you want it, I'll do you a favor, you don't have to keep anything for me, my brother."

34.     On October 21, 2021, at approximately 7:22 p.m., PEÑA-VAZQUEZ and WOLFORD again exchanged text messages. WOLFORD asked, "Is it good (good quality cocaine)"? WOLFORD also texted, "Like 10/10" and PEÑA-VAZQUEZ responded, "As I told you, it serves to fly (ingest through the nose) but it does not cook (not good enough quality to turn into crack cocaine), brother". PEÑA-VAZQUEZ then texted, "My corduroy (source of supply) has that right now, I don't have anything, I think until the next week."

35.     On October 23, 2021, at approximately 1:45 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ. During the call, ROSA-MARTINEZ stated, "Uh, uh… if anything call me, because I already caught at least two or three (two to three ounces of cocaine) to have them here, you get me? So, I don't have to be waiting on this f***er and after him." PEÑA-VAZQUEZ responded, "Oh, well. Oh, okay then. Okay, then. I'll let you know. Let me call the man now." ROSA-MARTINEZ said, "Alright, brother. Let me know, so you can come and check them (the ounces of cocaine) out, f***t. Because as I told you, honestly, I don't like…" and PEÑA-VAZQUEZ interrupted and said, "But do they look ugly or normal (is it good quality cocaine)?" ROSA-MARTINEZ answered, "No, dude, no, no, when you see it, dude, and honestly, dude, you're a son of bitch. You understand me? But I have had complaints (about the quality of cocaine), f***t. Do you understand me?" PEÑA-VAZQUEZ said, "Forget about it, [Unintelligible] fly." ROSA-MARTINEZ said, "The work (cocaine) doesn't look bad and nothing, f***t. Dude, I swear to God, but…" PEÑA-VAZQUEZ interrupted and said, "Forget about it." ROSA-MARTINEZ stated, "It doesn't get a good test and, and you know, it's mixed (the cocaine has been diluted with other substances, lowering the quality)." PEÑA-VAZQUEZ

responded, "I told him that those won't cook (turn into crack cocaine), but that they are good for [Sniffles], you already know. He was calling me until three o'clock in the morning. I want this today." ROSA-MARTINEZ said, "Yeah, but the thing is..." PEÑA-VAZQUEZ interrupted and said, "I'm going to offer to him like... um, cheap. You'll see." ROSA-MARTINEZ said, "Okay, f***t. Alright, then. Okay, dude. You can give me like uh... give me nine-hundred bucks ($900.00 for an ounce of cocaine). And that's it. Anything." PEÑA-VAZQUEZ replied, "Okay. I'm going to tell him that. Alright, then." ROSA-MARTINEZ said, "Because honestly, f***t, what happen is that I gave them to the brother, but he hasn't told me to send them (the cocaine) down to him or nothing. I have them there, f***t. Honestly, there are like... honestly, dude if I tell you... there are like uh... there are like ten (ten ounces of cocaine), dude."

36.     On October 23, 2021, at approximately 6:00 p.m., PEÑA-VAZQUEZ spoke on the phone with WOLFORD.  During the call, PEÑA-VAZQUEZ asked, "Chilling, you need?" WOLFORD answered, "Oh, why? Is everything back to normal?" PEÑA-VAZQUEZ responded, "Yeah" and WOLFORD asked, "What's the price (of an ounce of cocaine)?" PEÑA-VAZQUEZ replied, "Uh, One thousand seventy-five ($1,075.00)." WOLFORD said, "Okay, alright. Um, I Well maybe need it today, but if not then I'll need tomorrow for sure. So, either tonight or tomorrow. I'll be ready."

37.     On October 23, 2021, at approximately 11:07 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ.  During the call, ROSA-MARTINEZ stated, "Hey, f***t. Uh, today I will be getting uh half a shoe (half-kilogram of cocaine). So, if you know, you know who is interested just let me know." PEÑA-VAZQUEZ responded, "Uh, what shoe do you have a small or the big one (a half-kilogram or half-ounce of cocaine)?" ROSA-MARTINEZ responded, "No, uh the half, half (half-kilogram of cocaine)." PEÑA-VAZQUEZ replied, "Oh,

the half? You mean the half, half (half-kilogram of cocaine)." ROSA-MARTINEZ said, "Yeah."
PEÑA-VAZQUEZ asked, "Alright. How much? A number? (What is the price of the half-
kilogram of cocaine)". ROSA-MARTINEZ responded, "Uh, bom, bom, bom, bom [Phonetic].
[Unintelligible] f***t for like fourteen in a half ($14,500.00 for the half-kilogram of cocaine)."
PEÑA-VAZQUEZ replied, "Well, that's set. I will let you know. [Clears throat] I will let you
know today."

38.     On November 1, 2021, at approximately 3:33 p.m., PEÑA-VAZQUEZ spoke on
the phone with ROSA-MARTINEZ.  During the call, PEÑA-VAZQUEZ asked, "Do you have
tennis shoes (ounces of cocaine)?" and ROSA-MARTINEZ answered, "Dude, what I have are
those two small balls (two ounces of cocaine), f***t." PEÑA-VAZQUEZ said, "Oh, f**k. My
friend." ROSA-MARTINEZ said, "But anyway, for, for tomorrow, you understand me?
Tomorrow I'll grab, I'll grab um, one tennis shoe (one ounce of cocaine), half tennis shoe (half-
ounce of cocaine)." PEÑA-VAZQUEZ asked, "What?" ROSA-MARTINEZ said, "That
tomorrow I'll get um, from the pair of tennis shoes (two ounces of cocaine), I'll get one (one
ounce of cocaine)." PEÑA-VAZQUEZ said, "Oh, alright then. I'll tell this man now." ROSA-
MARTINEZ stated, "Yes" and PEÑA-VAZQUEZ said, "Is for my friend. Your friends."
ROSA-MARTINEZ stated, "Okay. I'll call you if anything, as soon as I know tomorrow."

39.     On November 2, 2021, at approximately 2:42 p.m., PEÑA-VAZQUEZ spoke on
the phone with ROSA-MARTINEZ.  During the call, ROSA-MARTINEZ said, "I'm here,
waiting for that girl (cocaine) to arrive." PEÑA-VAZQUEZ asked, "Oh, but did she tell you she
(the cocaine) was on her way?" ROSA-MARTINEZ answered, "Yes, yes. Supposedly, she (the
cocaine) was between today or tomorrow." PEÑA-VAZQUEZ said, "Oh, alright then. For me to
tell the friend, the one there, where I hang around." ROSA-MARTINEZ responded, "Alright.

I'll let you know as soon as she (the cocaine) arrives." PEÑA-VAZQUEZ stated, "Okay, alright. Call me if anything."

40. On November 2, 2021, at approximately 6:26 p.m., PEÑA-VAZQUEZ had a phone conversation with ROSA-MARTINEZ. During the call, PEÑA-VAZQUEZ asked, "What did you do? Nothing? The girl (cocaine) never came?" ROSA-MARTINEZ answered, "Dude, no, f***er. I'm not well now." PEÑA-VAZQUEZ responded, "F**K." ROSA-MARTINEZ continued, "Because um... f**k, you didn't see too... didn't you see all the people who were caught in PR, f***ed?" PEÑA-VAZQUEZ said, "Dude, yeah. Did they catch, did they catch friends?" and ROSA-MARTINEZ stated, "Yes, f***ed. It was not from my trip, but from the old man's." PEÑA-VAZQUEZ said, "Okay, dude, yeah. And they were a bunch." ROSA-MARTINEZ stated, "Dude, the old man is not well, because [Unintelligible]". PEÑA-VAZQUEZ responded, "But I don't know... I don't know who the hell they (law enforcement) caught, but they hit hard." ROSA-MARTINEZ said, "Yes, I really don't know who they are, but they are from... supposedly, with what the old man told me it's bad, it's bad, because that didn't arrive. And I saw that three were caught from his groups of people." PEÑA-VAZQUEZ replied, "Oh, f**k" and ROSA-MARTINEZ said, "And that (cocaine) didn't arrive today, f***ed. [Unintelligible]". PEÑA-VAZQUEZ stated, "They said they had their phones tapped and a bunch of s**t." ROSA-MARTINEZ responded, "Dude, yeah, f***ed. And the guy is not well, is not well [Unintelligible]. Yeah, dude." PEÑA-VAZQUEZ replied, "Dude. I saw that." ROSA-MARTINEZ said, "There, f***ed, there, there... Um, I saw an article that there were eight-hundred arrest warrants, f***ed." PEÑA-VAZQUEZ replied, "And they have caught one-hundred and six uh." ROSA-MARTINEZ stated, "One-hundred forty something, brother." PEÑA-VAZQUEZ said, "You already know. With undercover and all that." ROSA-

28

MARTINEZ responded, "Yeah, but, but um, anyway, I will get something (cocaine) from the brother between tomorrow and Thursday." PEÑA-VAZQUEZ replied, "Dude, that I have a person, brother, that now he really... Do you remember that I told you that and I told you that, that, that I'm going to work with someone from before, who was getting a bunch (of cocaine)?" ROSA-MARTINEZ answered, "Uh-huh" and PEÑA-VAZQUEZ stated, "Here. Well, he called me, 'Look, Pike.' I gave him the address and he came. I talked to him, he told me, 'If I buy you four (four kilograms of cocaine), what price can you give me?' And I told him, 'More or less, like, twenty-nine, five, ($29,500.00 per kilogram of cocaine) around that.' But I really don't know, because around here there are some crazy numbers, f***ed." ROSA-MARTINEZ replied, "Yes, f***ed. Well." PEÑA-VAZQUEZ stated, "Some have them at twenty-eight (kilograms of cocaine for $28,000.00), some have them at thirty-three (kilograms of cocaine for $33,000.00). The other one at twenty-nine (a kilogram of cocaine for $29,000.00) and the other one at twenty-eight, five (a kilogram of cocaine for $28,500.00)." ROSA-MARTINEZ responded, "Dude, yeah, yeah, yeah." PEÑA-VAZQUEZ said, "F***ed, and everybody are from the same people. But if they would be, you know f***ed." PEÑA-VAZQUEZ continued, "Let's put them (kilograms of cocaine) at this price." ROSA-MARTINEZ said, "Uh-huh, uh-huh." PEÑA-VAZQUEZ stated, "But no, they really want to sell and they rather make two-hundred bucks. That's not good." ROSA-MARTINEZ responded, "[Unintelligible] crazy." PEÑA-VAZQUEZ replied, "That [Unintelligible]." ROSA-MARTINEZ said, "Exactly. Well, believe me, as soon as I find one, I have you first on my list." PEÑA-VAZQUEZ stated, "Yeah, because I have that man that dude... there, he told me he was going to grab four (four kilograms of cocaine) from me. Let's see." ROSA-MARTINEZ said, "Don't worry, baby. As soon as I find some, you know that I'll call you right away, brother."

41.     On November 4, 2021, at approximately 11:19 a.m., PEÑA-VAZQUEZ spoke on
the phone with ROSA-MARTINEZ. During the call, ROSA-MARTINEZ stated, "Um... I found
something this morning, but the young guy, the young guy grabbed a couple of small balls
(ounces of cocaine), so I have left like ten or eleven small balls (ten or eleven ounces of
cocaine)." PEÑA-VAZQUEZ: Are you talking about the tennis shoes (ounces of cocaine)?
[Unintelligible]." ROSA-MARTINEZ responded, "Um" and PEÑA-VAZQUEZ said, "Alright,
what is the this?" ROSA-MARTINEZ said, "Uh... this at nine, fifty ($950.00 per ounce of
cocaine)." PEÑA-VAZQUEZ asked, "Six at nine and half (six ounces of cocaine for $950.00
per ounce)." ROSA-MARTINEZ replied, "Yes" and PEÑA-VAZQUEZ said, "Alright. Look,
look... I'll call you now, let me call the friend." ROSA-MARTINEZ said, "Let me know ahead
of time. They drove me crazy, brother, with this [Unintelligible], f***t, everybody is calling me,
f***ed." PEÑA-VAZQUEZ responded, "Oh" and ROSA-MARTINEZ continued, "And
honestly, I said, um... I got pissed me off because I had told you I was going to leave that for
you, do you get me? "Dude, f***t, you didn't give me anything, and I sold those two or three
balls (two or three ounces of cocaine)." And I said, "That's fine, That's fine. Leave it there to see
if my friend wants it, if not we'll sell it as usual, then." PEÑA-VAZQUEZ said, "Alright,
brother. Yeah." ROSA-MARTINEZ stated, "Mmm... Alright, brother. Let me know.
Supposedly, I think today, today I'll have to go in the afternoon too, or tomorrow too, are going
to arrive more, more of that (more cocaine is going to arrive)."

42.     On November 4, 2021, at approximately 12:01 p.m., PEÑA-VAZQUEZ spoke on
the phone with ROSA-MARTINEZ. During the call, ROSA-MARTINEZ said, "[Unintelligible]
That, that I have some small balls (ounces of cocaine) there." PEÑA-VAZQUEZ responded,
"Okay, okay um... But it's not complete, right?" and ROSA-MARTINEZ said, "No, is not,

30

because it was, it was 1/2 (a half-kilogram of cocaine) and, and the motherf***er guy sold like 4 or 5 small balls (four or five ounces of cocaine), so let's say that there are like 10, 11 (ten or eleven ounces of cocaine) or something like that." PEÑA-VAZQUEZ asked, "Oh, 11 (eleven ounces of cocaine)?" and ROSA-MARTINEZ responded, "Yes. Let me, let me, let me tell, let me call this f***er to be 100 percent sure and I'll call you back."

43.    On November 4, 2021, at approximately 12:26 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ.  During the call, ROSA-MARTINEZ said, "Look, brother. Um, there are like 10 (ten ounces of cocaine) left there, but they called me now and supposedly, right now in the afternoon one more girl (another kilogram of cocaine) arrives." PEÑA-VAZQUEZ stated, "Alright, but I'll check on that, because the thing is that my friend from here had asked me the other day, he had asked me and he called me yesterday, but I didn't answer since I had nothing." ROSA-MARTINEZ responded, "Mm-hum, mm-hum. Well, call me if anything, brother." PEÑA-VAZQUEZ replied, "Alright, then. Alright." ROSA-MARTINEZ said, "Supposedly that, uh, [Stammers] there are those small balls (ounces of cocaine) and supposedly, the boyfriend of the one who arrived early today, is going to arrive this afternoon." PEÑA-VAZQUEZ asked, "The number (what is the price)?" ROSA-MARTINEZ responded, "Um... Well, as that's, um... as that's half um... 14 and half ($14,500.00 for a half-kilogram of cocaine)."

44.    On November 4, 2021, at approximately 2:23 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ.  During the call, ROSA-MARTINEZ said, "Mmm... I have another half girl (half-kilogram of cocaine)." PEÑA-VAZQUEZ asked, "Do you have it?" and ROSA-MARTINEZ said, "Uh, I already found it." PEÑA-VAZQUEZ said, "Alright, then. I'm going to... I'm [Unintelligible] at home, to call the guy right now."

45. On November 5, 2021, at approximately 2:47 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSA-MARTINEZ. During the call, ROSA-MARTINEZ stated, "I have a couple of small balls (ounces of cocaine) and two halves (two half-kilograms of cocaine), well, I have one (one kilogram of cocaine) on hand and one (another kilogram of cocaine) that is on the way." PEÑA-VAZQUEZ asked, "A whole doll (a full kilogram of cocaine) and a couple of small balls (a couple ounces of cocaine)?" and ROSA-MARTINEZ replied, "I mean, I have a couple of small balls (a couple ounces of cocaine) and... On hand, right now, right now I have half (a half-kilogram of cocaine) and supposedly, in the afternoon a, a... another half (another half-kilogram) arrives in the mail." PEÑA-VAZQUEZ said, "That's good, alright. What I... I, I sent the address to him, for him to come home."

46. On November 5, 2021, at approximately 7:06 p.m., PEÑA-VAZQUEZ spoke on the phone with ROSADO-CORDERO. During the call, PEÑA-VAZQUEZ asked, "Look, do you have shoes (ounces of cocaine)?" ROSADO-CORDERO answered, "Yes." PEÑA-VAZQUEZ said, "[Unintelligible] what number (what's the price of the cocaine)?" and ROSADO-CORDERO answered, "Nine, fifty ($950.00 per ounce of cocaine). You know it. Why?" PEÑA-VAZQUEZ said, "But are they like the other time (is the cocaine good quality)?" ROSADO-CORDERO responded, "They are solid (the cocaine is good quality). The only thing is that um... they (the cocaine) are powdery." PEÑA-VAZQUEZ replied, "Oh, f**k" and ROSADO-CORDERO said, "Look, it has its rocks and that, everything is rock and that, but tiny ones (describing the quality of cocaine). But bounce it at twenty-five back and [Unintelligible] get it, f***er. I'm going to tell you this straight, f***er, and tell you things as they are. This f****er is telling everybody to make numbers with you or whatever." PEÑA-VAZQUEZ asked, "Who?" and ROSADO-CORDERO answered, "El P (CINTRON-FELICIANO) [Phonetic]."

PEÑA-VAZQUEZ said, "Pello (CINTRON-FELICIANO)?" ROSADO-CORDERO said, "Yes. Try to talk the things with him. I don't know who is brainwashing him (CINTRON-FELICIANO)." Later during the call, ROSADO-CORDERO stated, "But you're cool with me. Don't worry. So, the shoes (ounces of cocaine), what is that you need, brother?" PEÑA-VAZQUEZ responded, "I don't know. I have a person here. I'm waiting for my friend to get to him to see what is up." ROSADO-CORDERO said, "If you grab five balls (five ounces of cocaine) are nine-hundred (the price will lower to $900.00 per ounce of cocaine if PEÑA-VAZQUEZ purchases at least five), you hear me?" PEÑA-VAZQUEZ replied, "Let me, let me check on the guy." ROSADO-CORDERO said, "Alright. Done."

47.    On November 16, 2021, ROSA-MARTINEZ possessed approximately 58.6 grams of cocaine.

### COUNTS 2-33
(Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, 21 U.S.C. § 843(b))

The Grand Jury further charges:

48.    On or about the dates and times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 841(a)(1) and 846:

| COUNT | DEFENDANT(S) | DATE | TIME |
|---|---|---|---|
| 2 | FRANCISCO ROSADO-CORDERO JOSE CINTRON-FELICIANO, aka PELLO | September 9, 2020 | 3:26 p.m. |
| 3 | JOHN PEÑA-VAZQUEZ, aka PIKETE JOSE MOLINA-TORRES | September 9, 2021 | 6:56 p.m. |
| 4 | JOHN PEÑA-VAZQUEZ, aka PIKETE | September 10, 2021 | 3:49 p.m. |
| 5 | JOHN PEÑA-VAZQUEZ, aka PIKETE | September 10, 2021 | 4:14 p.m. |
| 6 | JOHN PEÑA-VAZQUEZ, aka PIKETE | September 23, 2021 | 1:45 p.m. |
| 7 | JOSE MOLINA-TORRES | September 24, 2021 | 2:44 p.m. |
| 8 | JOHN PEÑA-VAZQUEZ, aka PIKETE | September 24, 2021 | 4:09 p.m. |
| 9 | JOSE MOLINA-TORRES | September 24, 2021 | 4:46 p.m. |

| COUNT | DEFENDANT(S) | DATE | TIME |
|---|---|---|---|
| 10 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>JOSE MOLINA-TORRES | September 24, 2021 | 6:13 p.m. |
| 11 | JOHN PEÑA-VAZQUEZ, aka PIKETE | September 24, 2021 | 6:40 p.m. |
| 12 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>EDWIN CINTRON-BAEZ | September 26, 2021 | 2:39 p.m. |
| 13 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>BRENDAN WOLFORD | September 26, 2021 | 5:56 p.m. |
| 14 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | October 1, 2021 | 11:13 p.m. |
| 15 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>BRENDAN WOLFORD | October 6, 2021 | 8:00 p.m. |
| 16 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>BRENDAN WOLFORD | October 7, 2021 | 9:03 p.m. |
| 17 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>FRANCISCO ROSADO-CORDERO | October 7, 2021 | 9:06 p.m. |
| 18 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>FRANCISCO ROSADO-CORDERO | October 7, 2021 | 9:09 p.m. |
| 19 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>FRANCISCO ROSADO-CORDERO | October 7, 2021 | 9:11 p.m. |
| 20 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | October 21, 2021 | 7:08 p.m. |
| 21 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>BRENDAN WOLFORD | October 21, 2021 | 5:28 p.m. |
| 22 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | October 23, 2021 | 1:45 p.m. |
| 23 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>BRENDAN WOLFORD | October 23, 2021 | 6:00 p.m. |
| 24 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | October 23, 2021 | 11:07 p.m. |
| 25 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 1, 2021 | 3:33 p.m. |
| 26 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 2, 2021 | 2:42 p.m. |
| 27 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 2, 2021 | 6:26 p.m. |
| 28 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 4, 2021 | 11:19 a.m. |
| 29 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 4, 2021 | 12:01 p.m. |
| 30 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 4, 2021 | 12:26 p.m. |
| 31 | JOHN PEÑA-VAZQUEZ, aka PIKETE<br>ERICK ROSA-MARTINEZ | November 4, 2021 | 2:23 p.m. |

| COUNT | DEFENDANT(S) | DATE | TIME |
|-------|--------------|------|------|
| 32 | JOHN PEÑA-VAZQUEZ, aka PIKETE ERICK ROSA-MARTINEZ | November 5, 2021 | 2:47 p.m. |
| 33 | JOHN PEÑA-VAZQUEZ, aka PIKETE FRANCISCO ROSADO-CORDERO | November 5, 2021 | 7:06 p.m. |

All in Violation of Title 21, United States code, Section 843(b).

<u>COUNT 34</u>
(Attempted Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(b)(ii)(II), and 846)

The Grand Jury further charges:

49.    On or about April 4, 2020, in the Northern District of Ohio, Eastern Division,

Defendant WILFREDO DELGADO-MULERO knowingly and intentionally attempted to

possess with intent to distribute at least 500 grams of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1), (b)(1)(B)(ii)(II), and 846.

<u>COUNT 35</u>
(Attempted Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(b)(ii)(II), 846, and 18 U.S.C. § 2)

The Grand Jury further charges:

50.    On or about August 3, 2020, in the Northern District of Ohio, Eastern Division,

Defendants WILFREDO DELGADO-MULERO, FRANCISCO ROSADO-CORDERO, and

JOSE CINTRON-FELICIANO knowingly and intentionally attempted to possess with intent to

distribute at least 500 grams of a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(B)(ii)(II), 846, and Title 18, United States Code, Section 2.

## COUNT 36
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and
(b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

51.     On or about February 2, 2021, in the Northern District of Ohio, Eastern Division,

Defendants FRANCISCO ROSADO-CORDERO and JOSE CINTRO-FELICIANO knowingly

and intentionally possessed with intent to distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 37
(Possession with Intent to Distribute Cocaine Base (Crack), 21 U.S.C. §§ 841(a)(1) and
(b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

52.     On or about February 2, 2021, in the Northern District of Ohio, Eastern Division,

Defendants FRANCISCO ROSADO-CORDERO and JOSE CINTRO-FELICIANO knowingly

and intentionally possessed with intent to distribute a mixture and substance containing a

detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States

Code, Section 2.

## COUNT 38
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

53.     On or about October 7, 2021, in the Northern District of Ohio, Eastern Division,

Defendant BRENDAN WOLFORD knowingly and intentionally distributed a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 39
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

54.     On or about November 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant ERICK ROSA-MARTINEZ knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

55.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 39 are incorporated herein by reference.  As a result of the foregoing offenses, Defendants JOHN PEÑA-VAZQUEZ, aka PIKETE,  JOSE MOLINA-TORRES,  FRANCISCO ROSADO-CORDERO, JOSE CINTRON-FELICIANO, aka PELLO, CHRISTOPHER RAMOS-BURGOS,  ERICK ROSA-MARTINEZ, WILFREDO DELGADO-MULERO,  BRENDAN WOLFORD, and EDWIN CINTRON-BAEZ shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; and, any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.