IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
5:05 pm Apr 27 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

UNITED STATES OF AMERICA,    Case No. 4:22-cr-329
    PLAINTIFF,
V.                           Judge DAN AARON POLSTER
JOHN PENA-VASQUEZ,
    DEFENDANT.

## MOTION TO DISMISS COUNSEL

Now comes defendant pro-se in the above captioned case requesting this honorable court dismiss defendants current trial counsel for the reason(s) stated herein.

Defendant asserts he has explained several times his status about this case to no avail, that his attorney and he no longer see eye to eye, and a serious conflid of intrest has in sued to render counsel ineffective in future proceedings for defendant.

For the reason(s) stated herein defendant

1 of 2

humbly request this honorable court grant this forgoing motion to dismiss counsel and appoint new counsel.

Respectfully Submitted,

*John S. Peña Vasquez*

John Peña-Vasquez
Defendant Pro-Se
Date 4/17/23